# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Bruce D. Pachete a/k/a Bruce Devon Pachete a/k/a Devon Pachete a/k/a B.D. Pachete a/k/a B. Devon Pachete | CHAPTER 13 |
| Debtor(s) | BKY. NO. 17-21541 CMB |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of NRZ Pass-Through Trust VIII and index same on the master mailing list.

Respectfully submitted,

/s/ Maria D. Miksich
Maria Miksich
22 Nov 2021, 08:16:32, EST

Brian C. Nicholas, Esq. (317240) ☐
Maria D. Miksich, Esq. (319383) ☑
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 54dcefe9d0d487aec9f219a046d28f4d1fb64d4159017d998c12ee8d50e89cc7