**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-21541-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Bruce D. Pachete
643 Tartan Drive
Monroeville PA 15146

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/22/2021.

Name and Address of Alleged Transferor(s):

Claim No. 5: RCF II Loan Acquisition, LP, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826

Name and Address of Transferee:

Selene Finance, LP
9990 Richmond Ave. Suite 400 South
Attn: BK Dept
Houston  TX  77042

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/25/21

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                              Case No. 17-21541-CMB

Bruce D. Pachete                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: lfin                               Page 1 of 2
Date Rcvd: Dec 23, 2021                     Form ID: trc                              Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2021:**

**Recip ID**            **Recipient Name and Address**
15427113                RCF II Loan Acquisition, LP, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2021                          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2021 at the address(es) listed below:**

**Name**                    **Email Address**

Alexandra Teresa Garcia
                            on behalf of Creditor Bank of America  N.A ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Celine P. DerKrikorian
                            on behalf of Creditor Bank of America  N.A ecfmail@mwc-law.com

Charles Griffin Wohlrab
                            on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2
                            Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com

Maria Miksich
                            on behalf of Creditor NRZ Pass-Through Trust VIII mmiksich@kmllawgroup.com

Marisa Myers Cohen
                            on behalf of Creditor Bank of America  N.A ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Mark G. Moynihan
                            on behalf of Debtor Bruce D. Pachete mark@moynihanlaw.net
                            moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
                            ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2

User: lfin

Page 2 of 2

Date Rcvd: Dec 23, 2021

Form ID: trc

Total Noticed: 1

Peter J. Ashcroft

on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Shawn N. Wright

on behalf of Debtor Bruce D. Pachete shawn@shawnwrightlaw.com
wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com


TOTAL: 11