IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:   Bruce D. Pachete   :   Bankruptcy No. 17-21541-CMB
:   Chapter 13
Debtor(s)   :
:
:   Claim No.   5
Movant   Selene Finance, LP   :
:
v.   :
:
Respondent (if none, then "No Respondent")   :
No Respondent   :

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:
  Creditor Name:   Selene Finance, LP
  Incorrect Address:   Selene Finance, LP
  9990 Richmond Ave.
  Suite 400 South
  Houston TX 77042

Corrected Address:
  Creditor Name:   Selene Finance, LP
  Correct Address:   Selene Finance LP
  Attn: BK Dept
  3501 Olympus Blvd, Suite 500
  Dallas, TX 75019

Dated May 23, 2022

/s/ Charles G. Wohlrab
Electronic Signature of Debtor(s)' Attorney

Charles G. Wohlrab, Esq.
Typed Name

10700 ABBOTT'S BRIDGE ROAD, Ste. 170, Duluth, GA 30097
Address

(470) 321-7112 Ext. 257
Phone No.

314532
Bar I.D. and State of Admission

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on ___June 6, 2022____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

BRUCE D. PACHETE
643 TARTAN DRIVE
MONROEVILLE, PA 15146

And via electronic mail to:

MARK G. MOYNIHAN
MOYNIHAN LAW, P.C.
2 CHATHAM CTR STE 230
PITTSBURGH, PA 15219

SHAWN N. WRIGHT
7240 MCKNIGHT ROAD
PITTSBURGH, PA 15237

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

By: /s/ Angela Gill