**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Bruce D. Pachete
aka Bruce Devon Pachete, aka Devon Pachete, aka B. Devon
Pachete, and others...**
   Debtor(s)

Bankruptcy Case No.: 17–21541–CMB

Chapter: 13
Docket No.: 97 – 96

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 28th of June, 2022, a Motion for Discharge of Debtor and Approval of
Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the
above–captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

   1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office,
      5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/12/22.** Any response
      should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

   2. Said Motion is scheduled for hearing on **8/23/22 at 11:00 AM at
      https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or
      their counsel shall appear and the Court will dispose of the Motion. To join the Zoom
      Hearing, please initiate by using the following link 15 minutes prior to your scheduled
      hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the
      following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED
      TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at:
      https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb–proc–videohrg.pdf.

   3. If service was properly made and Respondent(s) fail to file a Response by the
      above–specified date, the Court **may** determine after review of the Motion that no hearing is
      required and accordingly enter the Order by default.

      **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES
      ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR
      THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE
      DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE
      CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

      In the event a default order has been signed, the **Moving Party** shall thereafter advise all
      affected parties. If a default order has not been signed, the parties will be **required** to appear
      in Court at the hearing on the above date and time.

   4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require
      more than 10 minutes, the parties are required to so notify the Courtroom Deputy
      **immediately**.

   5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant
      to 11 U.S.C. Section 1328, on or before **8/12/22.**

                                                    Carlota M. Bohm
                                                    United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 17-21541-CMB

Bruce D. Pachete                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                       User: auto                         Page 1 of 5

Date Rcvd: Jun 28, 2022                    Form ID: 408v                       Total Noticed: 75

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bruce D. Pachete, 643 Tartan Drive, Monroeville, PA 15146-1922 |
| 14403345 | + | Acs/wells, 501 Bleecker St, Utica, NY 13501-2401 |
| 14403346 | + | Alleghany Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 14404210 | | Bank of America, PO Box 942019, Simi Valley, CA 93094-2019 |
| 14646335 | | Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 |
| 14403352 | + | Capital One Bank, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14403355 | + | Capital One/Best Buy, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 15441410 | + | Selene Finance, LP, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6156 |
| 14674581 | | UPMC Community Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14674582 | | UPMC East, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 29 2022 00:08:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 29 2022 00:08:00 | Selene Finance LP, Robertson, Anschutz, Schneid, Crane, 10700 Abbotts Bridge Road, 10700 Abbotts Bridge Road, Duluth, GA 30097-8458 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 29 2022 00:08:00 | U.S. BANK NATIONAL ASSOCIATION, RAS Crane, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, Suite 170, DULUTH, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 29 2022 00:08:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14403348 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 29 2022 00:08:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14403347 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 29 2022 00:08:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14403349 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 29 2022 00:08:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14403350 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:43 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14403351 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 00:07:47 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14403360 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |

District/off: 0315-2                                      User: auto                                      Page 2 of 5
Date Rcvd: Jun 28, 2022                                  Form ID: 408v                                    Total Noticed: 75

| | | | |
|---|---|---|---|
| | | Jun 29 2022 00:08:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915-3019 |
| 14405287 | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | Jun 29 2022 00:08:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14403353 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jun 29 2022 00:07:47 | Capital One Bank (USA) NA, PO Box 26625, Richmond, VA 23261-6625 |
| 14403354 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jun 29 2022 00:07:47 | Capital One Bank (USA), N.A., 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14660103 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Jun 29 2022 00:08:18 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14403356 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 29 2022 00:18:33 | Citi Cards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14403357 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 29 2022 00:18:43 | Citi Cards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14403358 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 29 2022 00:18:38 | Citibank, N.A., P.O. Box 6286, Sioux Falls, SD 57117-6286 |
| 14403359 | + Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | Jun 29 2022 00:08:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 14403361 | + Email/Text: documentfiling@lciinc.com | | |
| | | Jun 29 2022 00:08:00 | Comcast, 30 Federal Drive, Pittsburgh, PA 15235-3314 |
| 14403364 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 29 2022 00:09:00 | Comenity Bank, PO Box 182782, Columbus, OH 43218-2782 |
| 14403363 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 29 2022 00:09:00 | Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 14403362 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 29 2022 00:09:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14403365 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jun 29 2022 00:09:00 | Comenity Bank, 4590 E Broad St, Columbus, OH 43213-1301 |
| 14679682 | + Email/Text: kburkley@bernsteinlaw.com | | |
| | | Jun 29 2022 00:09:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14859364 | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | Jun 29 2022 00:09:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14403366 | + Email/Text: bknotice@ercbpo.com | | |
| | | Jun 29 2022 00:09:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14403367 | ^ MEBN | | |
| | | Jun 29 2022 00:03:01 | Equifax, P.O. Box 105873, Atlanta, GA 30348-5873 |
| 14403368 | ^ MEBN | | |
| | | Jun 29 2022 00:02:32 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 14673599 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |
| | | Jun 29 2022 00:09:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14403371 | + Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Jun 29 2022 00:09:00 | Internal Revenue Service, Centralized Insolvency, Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14403372 | ^ MEBN | | |
| | | Jun 29 2022 00:03:00 | Kia Motors Finance, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2558 |
| 14403374 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Jun 29 2022 00:08:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14403373 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Jun 29 2022 00:08:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14403375 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Jun 29 2022 00:08:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14403376 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Jun 29 2022 00:08:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI |

|  |  |  |  |
|---|---|---|---|
|  |  |  | 53201-3115 |
| 14403377 | + Email/Text: PBNCNotifications@perituservices.com | Jun 29 2022 00:08:00 | Kohls/Capital One, Kohls Credit, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14674433 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2022 00:09:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14403379 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:33 | NTB/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14403378 | + Email/PDF: pa_dc_claims@navient.com | Jun 29 2022 00:08:17 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14518831 | + Email/Text: bncnotifications@pheaa.org | Jun 29 2022 00:08:00 | Navient Solutions, LLC on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 14658239 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 29 2022 00:08:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14403381 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 29 2022 00:08:00 | PNC Bank, Consumer Loan Center, Mailstop: P5-PCLC-A2-R, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14403382 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 29 2022 00:08:00 | PNC Bank, N.A., 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 14403386 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 29 2022 00:08:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14403384 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 29 2022 00:08:00 | PNC Bank, N.A., P.O. Box 3180, Pittsburgh, PA 15230 |
| 14403383 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 29 2022 00:08:00 | PNC Bank, N.A., P.O. Box 3429, Pittsburgh, PA 15230-3429 |
| 14403385 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 29 2022 00:08:00 | PNC Bank, N.A., P.O. Box 5570, Locator Payment Processing BR-YB58-01-5, Cleveland, OH 44101-0570 |
| 14403387 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2022 00:08:04 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14403388 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2022 00:08:04 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 14673532 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2022 00:08:18 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14404058 | + Email/PDF: rmscedi@recoverycorp.com | Jun 29 2022 00:08:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14403380 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 29 2022 00:09:00 | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14644514 | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2022 00:09:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15427113 | Email/Text: mtgbk@shellpointmtg.com | Jun 29 2022 00:08:00 | RCF II Loan Acquisition, LP, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 14403393 | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:07:47 | Synchrony Bank, PO Box 530912, Atlanta, GA 30353-0912 |
| 14403394 | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:08:00 | Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |
| 14403389 | + Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:08:00 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14403392 | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:08:00 | Synchrony Bank, P.O. Box 965033, Orlando, FL 32896-5033 |

District/off: 0315-2            User: auto            Page 4 of 5

Date Rcvd: Jun 28, 2022            Form ID: 408v            Total Noticed: 75

| Recip ID | | | | |
|---|---|---|---|---|
| 14403391 | Email/PDF: gecsedi@recoverycorp.com | | Jun 29 2022 00:07:47 | Synchrony Bank, P.O. Box 965035, Orlando, FL 32896-5035 |
| 14403395 | Email/PDF: gecsedi@recoverycorp.com | | Jun 29 2022 00:07:59 | Synchrony Bank, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14403390 | Email/PDF: gecsedi@recoverycorp.com | | Jun 29 2022 00:07:47 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14403396 | Email/PDF: gecsedi@recoverycorp.com | | Jun 29 2022 00:08:15 | Synchrony Bank/Levin Furniture, Bankruptcy Dept, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14403397 | ^ | MEBN | Jun 29 2022 00:02:29 | Trans Union Corporation, P.O. Box 2000, Chester, PA 19016-2000 |
| 15070295 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 29 2022 00:08:00 | U.S. Bank National Association, not in its individ, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14403398 | + | Email/Text: BankruptcyNotice@upmc.edu | Jun 29 2022 00:09:00 | UPMC, 2 Hot Metal Street, Rm 386, Pittsburgh, PA 15203-2348 |

TOTAL: 65

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of America, N.A |
| cr | | Duquesne Light Company |
| cr | | NRZ Pass-Through Trust VIII |
| cr | | RCF II Loan Acquisition, LP |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 660933, DALLAS, TX 75266-0933 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 660933, DALLAS, TX 75266-0933 |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | U.S. Bank National Association, not in its individ, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14403370 | ##+ | Gateway One Lending & Finance, Attn: Payoff Department, 160 N. Riverview Drive Suite 100, Anaheim, CA 92808-2293 |
| 14403369 | ##+ | Gateway One Lending & Finance, 160 N Riverview Dr Ste 100, Anaheim, CA 92808-2293 |

TOTAL: 4 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2022            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | |
| | on behalf of Creditor Bank of America  N.A ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |

District/off: 0315-2                          User: auto                                      Page 5 of 5

Date Rcvd: Jun 28, 2022                      Form ID: 408v                                  Total Noticed: 75

Brian Nicholas
                        on behalf of Creditor NRZ Pass-Through Trust VIII bnicholas@kmllawgroup.com

Celine P. DerKrikorian
                        on behalf of Creditor Bank of America  N.A ecfmail@mwc-law.com

Charles Griffin Wohlrab
                        on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2
                        Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com

Charles Griffin Wohlrab
                        on behalf of Creditor Selene Finance LP cwohlrab@raslg.com

Marisa Myers Cohen
                        on behalf of Creditor Bank of America  N.A ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Mark G. Moynihan
                        on behalf of Debtor Bruce D. Pachete mark@moynihanlaw.net
                        moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
                        on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
                        ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

S. James Wallace
                        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Shawn N. Wright
                        on behalf of Debtor Bruce D. Pachete shawn@shawnwrightlaw.com
                        wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com


TOTAL: 12