**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BRUCE D. PACHETE<br><br>　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　　Movant<br>　　　vs.<br>No Respondents. | Case No.:17-21541<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

June 27, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/13/2017 and confirmed on 5/31/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 137,900.55 |
| Less Refunds to Debtor | 2,505.11 | |
| TOTAL AMOUNT OF PLAN FUND | | 135,395.44 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,500.00 | |
|   Trustee Fee | 6,301.85 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,801.85 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK TRUST NA - OWNER TRUSTEE F | 0.00 | 69,170.10 | 0.00 | 69,170.10 |
|     Acct: 3365 | | | | |
|   US BANK TRUST NA - OWNER TRUSTEE F | 1,136.93 | 1,136.93 | 0.00 | 1,136.93 |
|     Acct: 7560 | | | | |
|   GATEWAY ONE LENDING & FINANCE LLC | 2,669.27 | 2,669.27 | 629.02 | 3,298.29 |
|     Acct: 0367 | | | | |
|   PNC BANK NA | 17,918.87 | 17,918.87 | 1,223.80 | 19,142.67 |
|     Acct: 0255 | | | | |
| | | | | 92,747.99 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRUCE D. PACHETE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRUCE D. PACHETE | 1,140.00 | 1,140.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRUCE D. PACHETE | 1,365.11 | 1,365.11 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK G MOYNIHAN ESQ | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK G MOYNIHAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MARK G MOYNIHAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   HYUNDAI LEASE TITLING TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9608 | | | | |
|   US BANK TRUST NA - OWNER TRUSTEE F | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3365 | | | | |

***NONE***

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   ECMC(*) | 12,800.49 | 12,800.49 | 3,616.40 | 16,416.89 |
|     Acct: 0367 | | | | |
|   DUQUESNE LIGHT COMPANY* | 55.35 | 55.35 | 0.00 | 55.35 |
|     Acct: 367 | | | | |
|   AFSA DATA CORP/ACS**++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3673 | | | | |
|   ALLEGHENY HEALTH NETWORK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3034 | | | | |
|   BANK OF AMERICA NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5462 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 2,050.88 | 2,050.88 | 0.00 | 2,050.88 |
|     Acct: 2217 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 944.36 | 944.36 | 0.00 | 944.36 |
|     Acct: 9108 | | | | |
|   CITIZENS BANK NA(*) | 3,911.68 | 3,911.68 | 0.00 | 3,911.68 |
|     Acct: 8161 | | | | |
|   COMCAST++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4771 | | | | |
|   EQUIFAX INCORPORATED++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   EXPERIAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KIA MOTOR FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0945 | | | | |
|   CAPITAL ONE NA** | 1,202.84 | 1,202.84 | 0.00 | 1,202.84 |
|     Acct: 4728 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 809.30 | 809.30 | 0.00 | 809.30 |
|     Acct: 4534 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 3,576.37 | 3,576.37 | 0.00 | 3,576.37 |
|     Acct: 9135 | | | | |
|   MIDLAND FUNDING LLC | 3,049.47 | 3,049.47 | 0.00 | 3,049.47 |
|     Acct: 0818 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,416.47 | 1,416.47 | 0.00 | 1,416.47 |
|     Acct: 9395 | | | | |
|   TRANS UNION CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   UPMC EAST | 275.00 | 275.00 | 0.00 | 275.00 |
|     Acct: 0367 | | | | |
|   GATEWAY ONE LENDING & FINANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0367 | | | | |
|   UPMC COMMUNITY MEDICINE | 136.99 | 136.99 | 0.00 | 136.99 |
|     Acct: 0367 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9135 | | | | |
|   MCCABE WEISBERG & CONWAY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BANK OF AMERICA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GATEWAY ONE LENDING & FINANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PNC BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHRISTINE PACHETE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

17-21541

Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BEST BUY CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CITIZENS BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KOHLS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 33,845.60 |

**TOTAL PAID TO CREDITORS**                                                                      126,593.59

TOTAL CLAIMED
PRIORITY           0.00
SECURED       21,725.07
UNSECURED     30,229.20

Date: 06/27/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>BRUCE D. PACHETE<br><br>         Debtor(s)<br><br>Ronda J. Winnecour<br>         Movant<br>     vs.<br>No Repondents. | Case No.:17-21541<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-21541-CMB

Bruce D. Pachete     Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: auto    Page 1 of 5
Date Rcvd: Jun 28, 2022    Form ID: pdf900    Total Noticed: 75

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bruce D. Pachete, 643 Tartan Drive, Monroeville, PA 15146-1922 |
| 14403345 | + | Acs/wells, 501 Bleecker St, Utica, NY 13501-2401 |
| 14403346 | + | Alleghany Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 14404210 | | Bank of America, PO Box 942019, Simi Valley, CA 93094-2019 |
| 14646335 | | Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 |
| 14403352 | + | Capital One Bank, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14403355 | + | Capital One/Best Buy, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 15441410 | + | Selene Finance, LP, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6156 |
| 14674581 | | UPMC Community Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14674582 | | UPMC East, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 29 2022 00:08:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 29 2022 00:08:00 | Selene Finance LP, Robertson, Anschutz, Schneid, Crane, 10700 Abbotts Bridge Road, 10700 Abbotts Bridge Road, Duluth, GA 30097-8458 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 29 2022 00:08:00 | U.S. BANK NATIONAL ASSOCIATION, RAS Crane, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, Suite 170, DULUTH, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 29 2022 00:08:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14403348 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 29 2022 00:08:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14403347 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 29 2022 00:08:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14403349 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 29 2022 00:08:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14403350 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:33 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14403351 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 00:07:47 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14403360 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |

Case 17-21541-CMB    Doc 99    Filed 06/30/22    Entered 07/01/22 00:28:55    Desc Imaged
                                 Certificate of Notice    Page 7 of 10

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 28, 2022 | Form ID: pdf900 | Total Noticed: 75 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14405287 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 29 2022 00:08:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915-3019 |
| | | | Jun 29 2022 00:08:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14403353 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 00:08:00 | Capital One Bank (USA) NA, PO Box 26625, Richmond, VA 23261-6625 |
| 14403354 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2022 00:07:47 | Capital One Bank (USA), N.A., 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14660103 | | Email/PDF: bncnotices@becket-lee.com | Jun 29 2022 00:07:50 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14403356 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:33 | Citi Cards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14403357 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:43 | Citi Cards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14403358 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2022 00:18:38 | Citibank, N.A., P.O. Box 6286, Sioux Falls, SD 57117-6286 |
| 14403359 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 29 2022 00:08:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 14403361 | + | Email/Text: documentfiling@lciinc.com | Jun 29 2022 00:08:00 | Comcast, 30 Federal Drive, Pittsburgh, PA 15235-3314 |
| 14403364 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:09:00 | Comenity Bank, PO Box 182782, Columbus, OH 43218-2782 |
| 14403363 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:09:00 | Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 14403362 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:09:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14403365 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2022 00:09:00 | Comenity Bank, 4590 E Broad St, Columbus, OH 43213-1301 |
| 14679682 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 29 2022 00:09:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14859364 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 29 2022 00:09:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14403366 | + | Email/Text: bknotice@ercbpo.com | Jun 29 2022 00:09:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14403367 | ^ | MEBN | Jun 29 2022 00:03:04 | Equifax, P.O. Box 105873, Atlanta, GA 30348-5873 |
| 14403368 | ^ | MEBN | Jun 29 2022 00:02:33 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 14673599 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 29 2022 00:09:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14403371 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 29 2022 00:09:00 | Internal Revenue Service, Centralized Insolvency, Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14403372 | ^ | MEBN | Jun 29 2022 00:02:59 | Kia Motors Finance, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2558 |
| 14403374 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 29 2022 00:08:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14403373 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 29 2022 00:08:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14403375 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 29 2022 00:08:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14403376 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 29 2022 00:08:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 14403377 | + | Email/Text: PBNCNotifications@peritusservices.com Jun 29 2022 00:08:00 | | Kohls/Capital One, Kohls Credit, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14674433 | + | Email/Text: bankruptcydpt@mcmcg.com Jun 29 2022 00:09:00 | | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14403379 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jun 29 2022 00:18:33 | | NTB/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14403378 | + | Email/PDF: pa_dc_claims@navient.com Jun 29 2022 00:08:17 | | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14518831 | + | Email/Text: bncnotifications@pheaa.org Jun 29 2022 00:08:00 | | Navient Solutions, LLC on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 14658239 | | Email/Text: Bankruptcy.Notices@pnc.com Jun 29 2022 00:08:00 | | PNC BANK N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14403381 | | Email/Text: Bankruptcy.Notices@pnc.com Jun 29 2022 00:08:00 | | PNC Bank, Consumer Loan Center, Mailstop: P5-PCLC-A2-R, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14403382 | | Email/Text: Bankruptcy.Notices@pnc.com Jun 29 2022 00:08:00 | | PNC Bank, N.A., 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 14403386 | | Email/Text: Bankruptcy.Notices@pnc.com Jun 29 2022 00:08:00 | | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14403384 | | Email/Text: Bankruptcy.Notices@pnc.com Jun 29 2022 00:08:00 | | PNC Bank, N.A., P.O. Box 3180, Pittsburgh, PA 15230 |
| 14403383 | | Email/Text: Bankruptcy.Notices@pnc.com Jun 29 2022 00:08:00 | | PNC Bank, N.A., P.O. Box 3429, Pittsburgh, PA 15230-3429 |
| 14403385 | | Email/Text: Bankruptcy.Notices@pnc.com Jun 29 2022 00:08:00 | | PNC Bank, N.A., P.O. Box 5570, Locator Payment Processing BR-YB58-01-5, Cleveland, OH 44101-0570 |
| 14403387 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2022 00:07:49 | | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14403388 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2022 00:08:04 | | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 14673532 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2022 00:08:18 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14404058 | + | Email/PDF: rmscedi@recoverycorp.com Jun 29 2022 00:07:50 | | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14403380 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us Jun 29 2022 00:09:00 | | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14644514 | | Email/Text: bnc-quantum@quantum3group.com Jun 29 2022 00:09:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15427113 | | Email/Text: mtgbk@shellpointmtg.com Jun 29 2022 00:08:00 | | RCF II Loan Acquisition, LP, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 14403393 | | Email/PDF: gecsedi@recoverycorp.com Jun 29 2022 00:07:47 | | Synchrony Bank, PO Box 530912, Atlanta, GA 30353-0912 |
| 14403394 | | Email/PDF: gecsedi@recoverycorp.com Jun 29 2022 00:07:47 | | Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |
| 14403389 | + | Email/PDF: gecsedi@recoverycorp.com Jun 29 2022 00:07:59 | | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14403392 | | Email/PDF: gecsedi@recoverycorp.com Jun 29 2022 00:08:01 | | Synchrony Bank, P.O. Box 965033, Orlando, FL 32896-5033 |

| Recip ID | Method | | Date/Time | Name and Address |
|---|---|---|---|---|
| 14403391 | Email/PDF: gecsedi@recoverycorp.com | | Jun 29 2022 00:08:15 | Synchrony Bank, P.O. Box 965035, Orlando, FL 32896-5035 |
| 14403395 | Email/PDF: gecsedi@recoverycorp.com | | Jun 29 2022 00:08:00 | Synchrony Bank, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14403390 | Email/PDF: gecsedi@recoverycorp.com | | Jun 29 2022 00:08:15 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14403396 | Email/PDF: gecsedi@recoverycorp.com | | Jun 29 2022 00:08:15 | Synchrony Bank/Levin Furniture, Bankruptcy Dept, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14403397 | ^ | MEBN | Jun 29 2022 00:02:30 | Trans Union Corporation, P.O. Box 2000, Chester, PA 19016-2000 |
| 15070295 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 29 2022 00:08:00 | U.S. Bank National Association, not in its individ, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14403398 | + | Email/Text: BankruptcyNotice@upmc.edu | Jun 29 2022 00:09:00 | UPMC, 2 Hot Metal Street, Rm 386, Pittsburgh, PA 15203-2348 |

TOTAL: 65

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of America, N.A |
| cr | | Duquesne Light Company |
| cr | | NRZ Pass-Through Trust VIII |
| cr | | RCF II Loan Acquisition, LP |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 660933, DALLAS, TX 75266-0933 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 660933, DALLAS, TX 75266-0933 |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | U.S. Bank National Association, not in its individ, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14403370 | ##+ | Gateway One Lending & Finance, Attn: Payoff Department, 160 N. Riverview Drive Suite 100, Anaheim, CA 92808-2293 |
| 14403369 | ##+ | Gateway One Lending & Finance, 160 N Riverview Dr Ste 100, Anaheim, CA 92808-2293 |

TOTAL: 4 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bank of America N.A ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |

District/off: 0315-2 User: auto Page 5 of 5
Date Rcvd: Jun 28, 2022 Form ID: pdf900 Total Noticed: 75

Brian Nicholas
    on behalf of Creditor NRZ Pass-Through Trust VIII bnicholas@kmllawgroup.com

Celine P. DerKrikorian
    on behalf of Creditor Bank of America  N.A ecfmail@mwc-law.com

Charles Griffin Wohlrab
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com

Charles Griffin Wohlrab
    on behalf of Creditor Selene Finance LP cwohlrab@raslg.com

Marisa Myers Cohen
    on behalf of Creditor Bank of America  N.A ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Mark G. Moynihan
    on behalf of Debtor Bruce D. Pachete mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Shawn N. Wright
    on behalf of Debtor Bruce D. Pachete shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 12