| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Bruce D. Pachete**<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–0367<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17–21541–CMB | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

>  Bruce D. Pachete
>  aka Bruce Devon Pachete, aka Devon Pachete,
>  aka B. Devon Pachete, aka B. D. Pachete

8/15/22                                       **By the court:** Carlota M. Bohm
                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Bruce D. Pachete  
    Debtor

Case No. 17-21541-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 5  
Date Rcvd: Aug 15, 2022     Form ID: 3180W     Total Noticed: 77

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bruce D. Pachete, 643 Tartan Drive, Monroeville, PA 15146-1922 |
| 14403345 | + | Acs/wells, 501 Bleecker St, Utica, NY 13501-2401 |
| 14403346 | + | Alleghany Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 14404210 | | Bank of America, PO Box 942019, Simi Valley, CA 93094-2019 |
| 14403352 | + | Capital One Bank, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14403355 | + | Capital One/Best Buy, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 15441410 | + | Selene Finance, LP, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14674581 | | UPMC Community Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14674582 | | UPMC East, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 16 2022 03:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 15 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 16 2022 03:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 15 2022 23:44:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 15 2022 23:44:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 15 2022 23:44:00 | Selene Finance LP, Robertson, Anschutz, Schneid, Crane, 10700 Abbotts Bridge Road, 10700 Abbotts Bridge Road, Duluth, GA 30097-8458 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 15 2022 23:44:00 | U.S. BANK NATIONAL ASSOCIATION, RAS Crane, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, Suite 170, DULUTH, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 15 2022 23:44:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

Case 17-21541-CMB   Doc 102   Filed 08/17/22   Entered 08/18/22 00:25:48   Desc
Imaged Certificate of Notice   Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Aug 15, 2022 | Form ID: 3180W | Total Noticed: 77 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 14403348 | + EDI: BANKAMER.COM | Aug 16 2022 03:48:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14403347 | + EDI: BANKAMER.COM | Aug 16 2022 03:48:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14403349 | EDI: BANKAMER.COM | Aug 16 2022 03:48:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14646335 | EDI: WFFC.COM | Aug 16 2022 03:48:00 | Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 |
| 14403350 | + EDI: CITICORP.COM | Aug 16 2022 03:48:00 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14403351 | EDI: CAPITALONE.COM | Aug 16 2022 03:48:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14403360 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 15 2022 23:44:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915-3019 |
| 14405287 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 15 2022 23:44:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14403353 | + EDI: CAPITALONE.COM | Aug 16 2022 03:48:00 | Capital One Bank (USA) NA, PO Box 26625, Richmond, VA 23261-6625 |
| 14403354 | + EDI: CAPITALONE.COM | Aug 16 2022 03:48:00 | Capital One Bank (USA), N.A., 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14660103 | Email/PDF: bncnotices@becket-lee.com | Aug 15 2022 23:51:36 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14403356 | EDI: CITICORP.COM | Aug 16 2022 03:48:00 | Citi Cards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14403357 | + EDI: CITICORP.COM | Aug 16 2022 03:48:00 | Citi Cards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14403358 | + EDI: CITICORP.COM | Aug 16 2022 03:48:00 | Citibank, N.A., P.O. Box 6286, Sioux Falls, SD 57117-6286 |
| 14403359 | + Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 15 2022 23:44:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 14403361 | + EDI: COMCASTCBLCENT | Aug 16 2022 03:48:00 | Comcast, 30 Federal Drive, Pittsburgh, PA 15235-3314 |
| 14403364 | EDI: WFNNB.COM | Aug 16 2022 03:48:00 | Comenity Bank, PO Box 182782, Columbus, OH 43218-2782 |
| 14403363 | EDI: WFNNB.COM | Aug 16 2022 03:48:00 | Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 14403362 | + EDI: WFNNB.COM | Aug 16 2022 03:48:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14403365 | + EDI: WFNNB.COM | Aug 16 2022 03:48:00 | Comenity Bank, 4590 E Broad St, Columbus, OH 43213-1301 |
| 14679682 | + Email/Text: kburkley@bernsteinlaw.com | Aug 15 2022 23:45:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14859364 | Email/Text: ECMCBKNotices@ecmc.org | Aug 15 2022 23:44:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14403366 | + Email/Text: bknotice@ercbpo.com | Aug 15 2022 23:44:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14403367 | ^ MEBN | Aug 15 2022 23:41:43 | Equifax, P.O. Box 105873, Atlanta, GA 30348-5873 |
| 14403368 | ^ MEBN | Aug 15 2022 23:41:31 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 14673599 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14403371 | + | EDI: IRS.COM | Aug 15 2022 23:45:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| | | | Aug 16 2022 03:48:00 | Internal Revenue Service, Centralized Insolvency, Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14403372 | ^ | MEBN | Aug 15 2022 23:41:31 | Kia Motors Finance, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2558 |
| 14403374 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 15 2022 23:44:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14403373 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 15 2022 23:44:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14403375 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 15 2022 23:44:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14403376 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 15 2022 23:44:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14403377 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 15 2022 23:44:00 | Kohls/Capital One, Kohls Credit, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14674433 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 15 2022 23:44:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14403379 | + | EDI: CITICORP.COM | Aug 16 2022 03:48:00 | NTB/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14403378 | + | EDI: NAVIENTFKASMSERV.COM | Aug 16 2022 03:48:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14518831 | + | Email/Text: bncnotifications@pheaa.org | Aug 15 2022 23:44:00 | Navient Solutions, LLC on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 14658239 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2022 23:44:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14403381 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2022 23:44:00 | PNC Bank, Consumer Loan Center, Mailstop: P5-PCLC-A2-R, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14403382 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2022 23:44:00 | PNC Bank, N.A., 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 14403386 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2022 23:44:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14403384 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2022 23:44:00 | PNC Bank, N.A., P.O. Box 3180, Pittsburgh, PA 15230 |
| 14403383 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2022 23:44:00 | PNC Bank, N.A., P.O. Box 3429, Pittsburgh, PA 15230-3429 |
| 14403385 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2022 23:44:00 | PNC Bank, N.A., P.O. Box 5570, Locator Payment Processing BR-YB58-01-5, Cleveland, OH 44101-0570 |
| 14403387 | | EDI: PRA.COM | Aug 16 2022 03:48:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14403388 | | EDI: PRA.COM | Aug 16 2022 03:48:00 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 14673532 | | EDI: PRA.COM | Aug 16 2022 03:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14404058 | + | EDI: RECOVERYCORP.COM | Aug 16 2022 03:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14403380 | + | EDI: PENNDEPTREV | Aug 16 2022 03:48:00 | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |

| Recip ID | Flag | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14403380 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 15 2022 23:44:00 | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14644514 | | EDI: Q3G.COM | Aug 16 2022 03:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15427113 | | Email/Text: mtgbk@shellpointmtg.com | Aug 15 2022 23:44:00 | RCF II Loan Acquisition, LP, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 14403393 | | EDI: RMSC.COM | Aug 16 2022 03:48:00 | Synchrony Bank, PO Box 530912, Atlanta, GA 30353-0912 |
| 14403394 | | EDI: RMSC.COM | Aug 16 2022 03:48:00 | Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |
| 14403389 | + | EDI: RMSC.COM | Aug 16 2022 03:48:00 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14403392 | | EDI: RMSC.COM | Aug 16 2022 03:48:00 | Synchrony Bank, P.O. Box 965033, Orlando, FL 32896-5033 |
| 14403391 | | EDI: RMSC.COM | Aug 16 2022 03:48:00 | Synchrony Bank, P.O. Box 965035, Orlando, FL 32896-5035 |
| 14403395 | | EDI: RMSC.COM | Aug 16 2022 03:48:00 | Synchrony Bank, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14403390 | | EDI: RMSC.COM | Aug 16 2022 03:48:00 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14403396 | | EDI: RMSC.COM | Aug 16 2022 03:48:00 | Synchrony Bank/Levin Furniture, Bankruptcy Dept, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14403397 | ^ | MEBN | Aug 15 2022 23:41:31 | Trans Union Corporation, P.O. Box 2000, Chester, PA 19016-2000 |
| 15070295 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 15 2022 23:44:00 | U.S. Bank National Association, not in its individ, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14403398 | + | Email/Text: BankruptcyNotice@upmc.edu | Aug 15 2022 23:45:00 | UPMC, 2 Hot Metal Street, Rm 386, Pittsburgh, PA 15203-2348 |

TOTAL: 71

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of America, N.A |
| cr | | Duquesne Light Company |
| cr | | NRZ Pass-Through Trust VIII |
| cr | | RCF II Loan Acquisition, LP |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 660933, DALLAS, TX 75266-0933 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 660933, DALLAS, TX 75266-0933 |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | U.S. Bank National Association, not in its individ, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14403370 | ##+ | Gateway One Lending & Finance, Attn: Payoff Department, 160 N. Riverview Drive Suite 100, Anaheim, CA 92808-2293 |
| 14403369 | ##+ | Gateway One Lending & Finance, 160 N Riverview Dr Ste 100, Anaheim, CA 92808-2293 |

TOTAL: 4 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 17, 2022              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bank of America N.A ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor NRZ Pass-Through Trust VIII bnicholas@kmllawgroup.com |
| Celine P. DerKrikorian | on behalf of Creditor Bank of America N.A ecfmail@mwc-law.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com |
| Charles Griffin Wohlrab | on behalf of Creditor Selene Finance LP cwohlrab@raslg.com |
| Marisa Myers Cohen | on behalf of Creditor Bank of America N.A ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com |
| Mark G. Moynihan | on behalf of Debtor Bruce D. Pachete mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Shawn N. Wright | on behalf of Debtor Bruce D. Pachete shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 12