**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
BRUCE D. PACHETE

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:17-21541

Chapter 13

Document No.: 96

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this 15th day of August, 20 22, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
8/15/22 9:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:
Carlota M. Böhm
U.S. BANKRUPTCY JUDGE
dmk

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 17-21541-CMB

Bruce D. Pachete Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 5

Date Rcvd: Aug 15, 2022 Form ID: pdf900 Total Noticed: 75

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bruce D. Pachete, 643 Tartan Drive, Monroeville, PA 15146-1922 |
| 14403345 | + | Acs/wells, 501 Bleecker St, Utica, NY 13501-2401 |
| 14403346 | + | Alleghany Health Network, P.O. Box 645266, Pittsburgh, PA 15264-5250 |
| 14404210 | | Bank of America, PO Box 942019, Simi Valley, CA 93094-2019 |
| 14646335 | | Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933 |
| 14403352 | + | Capital One Bank, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14403355 | + | Capital One/Best Buy, P.O. Box 9001007, Louisville, KY 40290-1007 |
| 15441410 | + | Selene Finance, LP, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14674581 | | UPMC Community Medicine, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14674582 | | UPMC East, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 15 2022 23:44:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 15 2022 23:44:00 | Selene Finance LP, Robertson, Anschutz, Schneid, Crane, 10700 Abbotts Bridge Road, 10700 Abbotts Bridge Road, Duluth, GA 30097-8458 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 15 2022 23:44:00 | U.S. BANK NATIONAL ASSOCIATION, RAS Crane, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, Suite 170, DULUTH, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 15 2022 23:44:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14403348 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 15 2022 23:44:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14403347 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 15 2022 23:44:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14403349 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 15 2022 23:44:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14403350 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2022 23:51:29 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 14403351 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2022 23:51:19 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14403360 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |

| | | | |
|---|---|---|---|
| | | Aug 15 2022 23:44:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915-3019 |
| 14405287 | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 15 2022 23:44:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14403353 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2022 23:51:19 | Capital One Bank (USA) NA, PO Box 26625, Richmond, VA 23261-6625 |
| 14403354 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2022 23:51:33 | Capital One Bank (USA), N.A., 4851 Cox Road, Glen Allen, VA 23060-6293 |
| 14660103 | Email/PDF: bncnotices@becket-lee.com | Aug 15 2022 23:51:21 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14403356 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2022 23:51:22 | Citi Cards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14403357 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2022 23:51:37 | Citi Cards/Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14403358 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2022 23:51:29 | Citibank, N.A., P.O. Box 6286, Sioux Falls, SD 57117-6286 |
| 14403359 | + Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 15 2022 23:44:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 14403361 | + Email/Text: documentfiling@lciinc.com | Aug 15 2022 23:44:00 | Comcast, 30 Federal Drive, Pittsburgh, PA 15235-3314 |
| 14403364 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 15 2022 23:44:00 | Comenity Bank, PO Box 182782, Columbus, OH 43218-2782 |
| 14403363 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 15 2022 23:44:00 | Comenity Bank, P.O. Box 182273, Columbus, OH 43218-2273 |
| 14403362 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 15 2022 23:44:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 14403365 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 15 2022 23:44:00 | Comenity Bank, 4590 E Broad St, Columbus, OH 43213-1301 |
| 14679682 | + Email/Text: kburkley@bernsteinlaw.com | Aug 15 2022 23:45:00 | Duquesne Light Company, c/o Allison L. Carr,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14859364 | Email/Text: ECMCBKNotices@ecmc.org | Aug 15 2022 23:44:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 14403366 | + Email/Text: bknotice@ercbpo.com | Aug 15 2022 23:44:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 14403367 | ^ MEBN | Aug 15 2022 23:41:42 | Equifax, P.O. Box 105873, Atlanta, GA 30348-5873 |
| 14403368 | ^ MEBN | Aug 15 2022 23:41:31 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 14673599 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 15 2022 23:45:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 14403371 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 15 2022 23:44:00 | Internal Revenue Service, Centralized Insolvency, Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14403372 | ^ MEBN | Aug 15 2022 23:41:37 | Kia Motors Finance, 4000 Macarthur Blvd Ste, Newport Beach, CA 92660-2558 |
| 14403374 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 15 2022 23:44:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 14403373 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 15 2022 23:44:00 | Kohl's, P.O. Box 3043, Milwaukee, WI 53201-3043 |
| 14403375 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 15 2022 23:44:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14403376 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 15 2022 23:44:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI |

| | | | |
|---|---|---|---|
| | | | 53201-3115 |
| 14403377 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 15 2022 23:44:00 | Kohls/Capital One, Kohls Credit, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14674433 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 15 2022 23:44:00 | Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14403379 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2022 23:51:29 | NTB/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14403378 | + Email/PDF: pa_dc_claims@navient.com | Aug 15 2022 23:51:27 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 14518831 | + Email/Text: bncnotifications@pheaa.org | Aug 15 2022 23:44:00 | Navient Solutions, LLC on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 14658239 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2022 23:44:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14403381 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2022 23:44:00 | PNC Bank, Consumer Loan Center, Mailstop: P5-PCLC-A2-R, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14403382 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2022 23:44:00 | PNC Bank, N.A., 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 14403386 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2022 23:44:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14403384 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2022 23:44:00 | PNC Bank, N.A., P.O. Box 3180, Pittsburgh, PA 15230 |
| 14403383 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2022 23:44:00 | PNC Bank, N.A., P.O. Box 3429, Pittsburgh, PA 15230-3429 |
| 14403385 | Email/Text: Bankruptcy.Notices@pnc.com | Aug 15 2022 23:44:00 | PNC Bank, N.A., P.O. Box 5570, Locator Payment Processing BR-YB58-01-5, Cleveland, OH 44101-0570 |
| 14403387 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2022 23:51:20 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14403388 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2022 23:51:28 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 14673532 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 15 2022 23:51:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14404058 | + Email/PDF: rmscedi@recoverycorp.com | Aug 15 2022 23:51:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14403380 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 15 2022 23:44:00 | Pennsylvania Dept of Revenue, Bankruptcy/Collection Unit, 10th Floor Strawberry Square, 4th & Walnut Streets, Harrisburg, PA 17128-0001 |
| 14644514 | Email/Text: bnc-quantum@quantum3group.com | Aug 15 2022 23:44:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15427113 | Email/Text: mtgbk@shellpointmtg.com | Aug 15 2022 23:44:00 | RCF II Loan Acquisition, LP, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 14403393 | Email/PDF: gecsedi@recoverycorp.com | Aug 15 2022 23:51:33 | Synchrony Bank, PO Box 530912, Atlanta, GA 30353-0912 |
| 14403394 | Email/PDF: gecsedi@recoverycorp.com | Aug 15 2022 23:51:33 | Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |
| 14403389 | + Email/PDF: gecsedi@recoverycorp.com | Aug 15 2022 23:51:33 | Synchrony Bank, PO Box 965005, Orlando, FL 32896-5005 |
| 14403392 | Email/PDF: gecsedi@recoverycorp.com | Aug 15 2022 23:51:26 | Synchrony Bank, P.O. Box 965033, Orlando, FL 32896-5033 |

| | | | | |
|---|---|---|---|---|
| 14403391 | | Email/PDF: gecsedi@recoverycorp.com | Aug 15 2022 23:51:33 | Synchrony Bank, P.O. Box 965035, Orlando, FL 32896-5035 |
| 14403395 | | Email/PDF: gecsedi@recoverycorp.com | Aug 15 2022 23:51:33 | Synchrony Bank, P.O. Box 965036, Orlando, FL 32896-5036 |
| 14403390 | | Email/PDF: gecsedi@recoverycorp.com | Aug 15 2022 23:51:20 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14403396 | | Email/PDF: gecsedi@recoverycorp.com | Aug 15 2022 23:51:19 | Synchrony Bank/Levin Furniture, Bankruptcy Dept, P.O. Box 965061, Orlando, FL 32896-5061 |
| 14403397 | ^ | MEBN | Aug 15 2022 23:41:31 | Trans Union Corporation, P.O. Box 2000, Chester, PA 19016-2000 |
| 15070295 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 15 2022 23:44:00 | U.S. Bank National Association, not in its individ, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14403398 | + | Email/Text: BankruptcyNotice@upmc.edu | Aug 15 2022 23:45:00 | UPMC, 2 Hot Metal Street, Rm 386, Pittsburgh, PA 15203-2348 |

TOTAL: 65

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bank of America, N.A |
| cr | | Duquesne Light Company |
| cr | | NRZ Pass-Through Trust VIII |
| cr | | RCF II Loan Acquisition, LP |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 660933, DALLAS, TX 75266-0933 |
| cr | * | BANK OF AMERICA, N.A., P.O. Box 660933, DALLAS, TX 75266-0933 |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | U.S. Bank National Association, not in its individ, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14403370 | ##+ | Gateway One Lending & Finance, Attn: Payoff Department, 160 N. Riverview Drive Suite 100, Anaheim, CA 92808-2293 |
| 14403369 | ##+ | Gateway One Lending & Finance, 160 N Riverview Dr Ste 100, Anaheim, CA 92808-2293 |

TOTAL: 4 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2022 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor Bank of America N.A ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |

Brian Nicholas
on behalf of Creditor NRZ Pass-Through Trust VIII bnicholas@kmllawgroup.com

Celine P. DerKrikorian
on behalf of Creditor Bank of America N.A ecfmail@mwc-law.com

Charles Griffin Wohlrab
on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com

Charles Griffin Wohlrab
on behalf of Creditor Selene Finance LP cwohlrab@raslg.com

Marisa Myers Cohen
on behalf of Creditor Bank of America N.A ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Mark G. Moynihan
on behalf of Debtor Bruce D. Pachete mark@moynihanlaw.net moynihan.mark@gmail.com;moynihanmr71581@notify.bestcase.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Shawn N. Wright
on behalf of Debtor Bruce D. Pachete shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 12